

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )    Index No.: 08-CIV-4042 (SCR)
                                          )
                                          )    REQUEST FOR ENTRY OF
                                          )    DEFAULT JUDGMENT
                         Plaintiffs,      )
        -against-                         )
                                          )
                                          )
DEFILA PAINTING CORP. a/k/a DEFILA PAINTING )
CO.,                                      )
                                          )
                         Defendant.       )

-----------------------------------------------------------------------

TO:    Clerk of the United States District Court for the
       Southern District of New York

       Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant

Defila Painting Corp. a/k/a Defila Painting Co. having failed to appear or answer the summons

and complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of

the District Council 9 Painting Industry Insurance and Annuity Funds, and against the Defendant

Defila Painting Corp. a/k/a Defila Painting Co. in the sum of $31,632.10, which includes

principal, liquidated damages, interest, court costs, auditors' fees and attorneys' fees.

Dated:  Elmsford, New York
        June 5, 2008

                                        Dana L. Henke, Esq. (DLH3025)
                                        BARNES, IACCARINO, VIRGINIA,
                                        AMBINDER & SHEPHERD, PLLC
                                        258 Saw Mill River Road
                                        Elmsford, New York 10523
                                        (914) 592-1515