UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Index No.: 08-CIV-4042 (SCR) |
| | DEFAULT JUDGMENT |
| Plaintiffs, | |
| -against- | |
| DEFILA PAINTING CORP. a/k/a DEFILA PAINTING CO., | |
| Defendant. | |

---

This action having been commenced on April 29, 2008 by the filing of the summons and complaint, and a copy of the summons and complaint having been served on the Defendant Defila Painting Corp. a/k/a Defila Painting Co. on May 2, 2008 via Secretary of State having been filed with the Clerk of the Court on May 16, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Thirty One Thousand Six Hundred Thirty Two Dollars and Ten Cents ($31,632.10), which includes the following: Benefit Fund Contributions due and owing in the sum of $ 18,471.57 for the period May 1, 2003 through to and including April 30, 2005; liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $1,847.19; interest at the rate 7% per annum through to January 3, 2008 in the sum of $4,783.34; auditors' fees in the sum of $4,100.00 and attorneys' fees in the sum of $2,000.00; plus court costs and disbursements of this action in the sum of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
        June 20, 2008

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.